ARBON STEEL & SERVICE CO., INC., PLAINTIFF *v.*
UNITED STATES, DEFENDANT

Court No. 98–10–02987

(Dated January 24, 2002)

JUDGMENT

RESTANI, *Judge:* It is HEREBY ORDERED that final judgment is entered as follows:

Pursuant to USCIT Rule 54(b), as there is no just reason for delay, final judgment in this consolidated matter is entered as to plaintiff Arbon Steel & Service Co., Inc. ("Arbon"). The Court possesses jurisdiction over Arbon's claims pursuant to 28 U.S.C. § 1581(i). Judgment is entered in favor of Arbon in the amount of $24,357.56. Pursuant to the Court's opinion in this case dated November 11, 2001, Slip Op. 01–144, incorporated herein, plaintiff is not entitled to interest.